158 A.3d 1232

COMMONWEALTH of Pennsylvania, Respondent

v.

Orlando Portfolio RODRIGUEZ, Petitioner

No. 350 MAL 2016

Supreme Court of Pennsylvania.

October 4, 2016

## ORDER

PER CURIAM

**AND NOW,** this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**